**Dismissed and Memorandum Opinion filed October 10, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00460-CV

---

## PAUL STEVEN JACOBS, Appellant

## V.

## MELISSA ELLEN FIELDS JACOBS, Appellee

---

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2011-14576**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a partial summary judgment signed January 30, 2013, a modified partial summary judgment nunc pro tunc signed February 18, 2013, a severance order signed February 18, 2013, an order for release of funds signed September 26, 2012, an order denying a motion to dismiss and plea to the jurisdiction signed September 26, 2012, an agreed decree of divorce signed January 18, 2012, an arbitration order signed December 21, 2011, an order to

disgorge funds or post bond signed October 2, 2012, and temporary orders signed August 21, 2012. No timely post-judgment motions were filed. Appellant's notice of appeal was filed May 23, 2013.

The notice of appeal must be filed within thirty days after the judgment is signed when appellant has not filed a timely motion for new trial, motion to modify the judgment, motion to reinstate, or request for findings of fact and conclusion of law. *See* Tex. R. App. P. 26.1

Appellant's notice of appeal was not filed timely. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1, but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617-18 (1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See* Tex. R. App. P. 26.3, 10.5(b)(1)(C); *Verburgt*, 959 S.W.2d at 617-18; *Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.). Appellant's notice of appeal was not filed within the fifteen-day period provided by Rule 26.3

On August 30, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this court has jurisdiction to entertain the appeal.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

2

Panel consists of Justices Boyce, Christopher, and Donovan.